UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES McCUTCHEN | ] |
|     Plaintiff, | ] |
| | ]    GENERAL DOCKET |
| v. | ]    No. 3:10-mc-0114 |
| | ]    JUDGE HAYNES |
| CCA/WHITEVILLE CORRECTIONAL | ] |
| FACILITY, et al. | ] |
|     Defendants. | ] |

O R D E R

Before the Court is a *pro se* prisoner complaint (Docket Entry No.1), filed under 42 U.S.C. § 1983. Plaintiff has neglected, however, to either pay the fee required for the filing of the complaint ($350) or submit a properly completed application to proceed *in forma pauperis*.

Accordingly, the Plaintiff is hereby **GRANTED** thirty (30) days from the date of entry of this order on the docket in which to either pay the civil filing fee of three hundred fifty dollars ($350.00) or submit an application to proceed *in forma pauperis* along with a certified copy of his inmate trust account statement for the previous six month period. 28 U.S.C. § 1915(a)(2). The Clerk will provide the Plaintiff with a blank application to proceed *in forma pauperis* with a copy of Administrative Order No. 93.

Plaintiff is forewarned that, should he fail to comply with these instructions within the specified period of time, the Court will presume that he is not a pauper, assess the filing fee and order its collection from his inmate trust account, and dismiss the instant action for want of prosecution. McGore v. Wrigglesworth, 114 F.3d 601, 606 (6th Cir. 1997).

It is so **ORDERED**.

**ENTERED** this the 25th day of November, 2010.

_____
WILLIAM J. HAYNES, JR.
United States District Judge